

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00865-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Gerardo **PALACIOS**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2013CVK000561C3
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:      Catherine M. Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  February 5, 2014

JOINT MOTION TO AFFIRM IN PART AND REVERSE AND RENDER IN PART
GRANTED; AFFIRMED IN PART; REVERSED AND RENDERED IN PART

The trial court found Gerardo Palacios was entitled to expunction, pursuant to article 55.01(a)(2) of the Texas Code of Criminal Procedure, of all records and files relating to three separate arrests. On July 2, 2013, the trial court granted Palacios's petition for expunction and signed an Order of Expunction pursuant to article 55.02 of the Texas Code of Criminal Procedure. The Texas Department of Public Safety appealed the trial court's order.

The parties have filed a joint motion, advising this court they have reached an agreement resolving all issues in the appeal. Specifically, the parties agree that Palacios is not entitled to

expunction of any records and files relating to his arrest on April 8, 2007, by the Laredo Police Department for the offense of Assault, Terroristic Threat, and Violation of Protective Order committed on or about that date. The parties also agree that the trial court's order as it relates to Palacios's arrest on April 8, 2007 should be reversed and judgment rendered denying the petition for expunction. The parties further agree that the remainder of the trial court's July 2, 2013 Order of Expunction should be affirmed. And lastly, the parties agree that each party will pay its own costs of this appeal.

We grant the joint motion. *See* TEX. R. APP. P. 42.1(a)(2)(A). With respect to the following arrest and charged offense, we reverse the Order of Expunction and render judgment denying the petition for expunction:

    ALLEGED OFFENSE:          Assault, Terroristic Threat, Violation of Protective Order
    DATE OF ALLEGED OFFENSE:  04/08/2007
    DATE OF ARREST:           04/08/2007
    COUNTY WHERE ARRESTED:    Webb
    ARRESTING AGENCY:         Laredo Police Department

    In all other respects, we affirm the trial court's order.


                              PER CURIAM